Renee Choy Ohlendorf (SBN: 263939)
rohlendorf@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NECHELE HAMMOCK, PRO SE<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1 through 10 inclusive.<br><br>Defendants. | Case No. CV11-10541 SVW (FMOx)<br><br>(Assigned to the Honorable Steven V. Wilson, Courtroom 6)<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Action Filed: December 23, 2011 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Portfolio Recovery Associates, LLC, by and through its attorney Renee Choy Ohlendorf, states as follows:

    1.    Portfolio Recovery Associates, LLC, a Delaware limited liability company, is a subsidiary of Portfolio Recovery Associates, Inc., a publicly traded company.

///

///

1

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

31304692 0931637

1  2. No publicly held corporation owns 10% or more of Portfolio
2  Recovery Associates, Inc.'s stock.
3
4
5  DATED: February 13, 2012            HINSHAW & CULBERTSON LLP
6
7                                      By:   *s/Renee Choy Ohlendorf*
                                            Renee Choy Ohlendorf
8                                           Attorneys for Defendant PORTFOLIO
                                            RECOVERY ASSOCIATES, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

31304692 0931637

# CERTIFICATE OF SERVICE

**Nechele Hammock Pro Se' v. Portfolio Recovery Associates, Inc.**
**USDC (Central) Case No. CV11-10541 SVW (FMOx)**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On February 13, 2012, I served the document(s) entitled, **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**, on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**Nechele Hammock, Pro Se'**          **IN PRO PER**
**418 N. Exton Avenue**
**Inglewood, CA 90302**
**Email: nechele@yahoo.com**

☒ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE TRANSMISSION):** I caused a true copy thereof from sending facsimile machine telephone number 310-909-8001 to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

☐ **(BY HAND DELIVERY):** I caused each such envelope(s) to be delivered by hand to the addressee(s) mentioned in the attached service/mailing list.

☒ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on February 10, 2012, at Los Angeles, California.

Melanie Davis

1

**CERTIFICATE OF SERVICE**