## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:11-cv-10541-SVW-FMO | Date | March 12, 2012 |
|---|---|---|---|
| Title | Nechele Hammock v. Portfolio Recovery Associates Inc | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nechele Hammock, pro se | Renee Choy Ohlendorf |

**Proceedings:**        NEW CASE STATUS CONFERENCE

Status conference held.  The Court sets the following dates:

Filing of Motion to Dismiss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 26, 2012
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 2, 2012
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 9, 2012

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 23, 2012 at 1:30 p.m.

The Court grants plaintiff's motion for leave to file a Second Amended Complaint "SAC" [23]. The SAC is accepted and deemed filed as of the date of this status conference.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | | PMC |