JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NECHELE HAMMOCK, PRO SE' <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC and KEITH MCGURGAN DOES 1 through 10 inclusive. <br><br> Defendants. | Case No. CV11-10541 SVW (FMOx) <br><br> (Assigned to the Honorable Stephen V. Wilson, Courtroom 6) <br><br> [PROPOSED] ORDER ON STIPULATION TO DISMISS WITH PREJUDICE <br><br><br> Action Filed: December 23, 2011 |

Based upon the Stipulation to Dismiss by Plaintiff Nechele Hammock and Defendants PORTFOLIO RECOVERY ASSOCIATES, INC. and PORTFOLIO RECOVERY ASSOCIATES, LLC [Docket No. 42], and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice, all parties to bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED: July 18, 2012

_____
Honorable Stephen V. Wilson

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS WITH PREJUDICE

31370282v1 0931637